**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 98-20299
Summary Calendar
_____

NORTHFIELD INSURANCE COMPANY,

Plaintiff-Appellee,

VERSUS

RODNEY PININA; CRAIG KEHRER; GERALD T. CASHIOLA; ANDREW F.
CASHIOLA; SANDRA K. CASHIOLA,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-97-2176)
_____

Septmeber 17, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

    We affirm the judgment of the district court on the basis of
its comprehensive Memorandum and Order of March 16, 1998.

AFFIRMED.

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.